THE PEOPLE OF THE STATE OF NEW YORK ex rel. PROVIDENT LOAN SOCIETY OF NEW YORK, Appellant, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents.

Argued May 17, 1950; decided June 1, 1950.

*Pliny W. Williamson, John E. Walker* and *Thomas J. Whalen* for appellant.

*John P. McGrath, Corporation Counsel (Morris Handel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.